

NUMBER 13-15-00482-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

IN THE MATTER OF THE MARRIAGE OF CHARLOTTE P. SOLIZ AND
JESSE (JESUS) SOLIZ AND IN THE INTEREST OF M.R.S., A CHILD

---

On Appeal from the 94th District Court
of Nueces County, Texas.

---

# ORDER TO FILE APPELLANT'S BRIEF

### Before Justices Benavides, Perkes, and Longoria
### Order Per Curiam

This cause is before the Court on appellant's motion for extension of time to file the brief. Appellant, Jesse (Jesus) Soliz, appearing pro se, appeals from a judgment of divorce involving minor children. The record in this matter was filed on December 7, 2015, and accordingly, appellant's brief was due on January 6, 2016. On March 3, 2016, this Court abated the appeal because appellant filed a motion to appoint counsel. The trial court conducted a hearing and made findings that appellant wishes to prosecute the

appeal and although appellant is indigent, he is not legally entitled to court appointed counsel. On April 22, 2016 the appeal was reinstated and appellant was notified the brief was due on or before May 23, 2016. Appellant has now filed a motion requesting until July 7, 2016 to file the appellate brief in this cause.

The Court, having fully examined and considered appellant's motion for extension of time to file the brief, is of the opinion that, in the interest of justice, appellant's motion for extension of time to file the brief should be granted with order. The Court, however, looks with disfavor upon the delay caused by appellant's failure to have filed a brief in this matter.

Appellant's motion for extension of time to file the brief is hereby granted, and the appellant, is hereby ORDERED to file the appellate brief with this Court on or before July 7, 2016. Further motions for extension of time will not be favorably entertained by the Court.

PER CURIAM

Delivered and filed the
31st day of May, 2016.